82 So.3d 133 (2012)
Roderick MATHIS, Appellant,
v.
STATE of Florida, Appellee.
No. 4D10-2711.
District Court of Appeal of Florida, Fourth District.
February 8, 2012.
Rehearing Denied March 27, 2012.
Roderick Mathis, Bowling Green, pro se.
Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine M. Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Downs v. State, 616 So.2d 444 (Fla.1993).
WARNER, STEVENSON and CIKLIN, JJ., concur.